Held 10 mins.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar     Telephonic

Honorable Donna F. Martinez, U. S. Magistrate Judge
450 Main Street
Hartford
Chambers Room 262

December 2, 2003
10:00
~~9:30~~ a.m.

CASE NO. **3:02CV2000 (DFM)**     **Cambridge Mutual v. AJ Elec Inc.**

COUNSEL OF RECORD:

| | |
|---|---|
| Jon S. Berk | Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976<br>860-525-5361 |
| Stuart G. Blackburn ✓ | Two Concorde Way, Bldg 3C,<br>PO Box 608<br>Windsor Locks, CT 06096<br>860-292-1116<br>860-292-1221 (fax)<br>sgblackburn@sbcglobal.net |
| Michael C. Conroy | Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976<br>860-525-5361 |
| Erik E. Roberts ✓ | Gordon, Muir & Foley<br>Hartford Square North<br>10 Columbus Blvd.<br>Hartford, CT 06106-1976<br>860-525-5361 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK