Defendant's Proposed Jury Charge:

Defendant's Request to Charge No. 1

"Expert testimony is required to support a claim of a breach of a duty if the determination of the standard of care that governs the duty requires knowledge that is beyond the experience of (the) fact finder .. . (internal quotation marks omitted.)  Doe v. Yale University, 252Conn. 641, 686 -87, 748 A.2d 834 (2000)."Roach v. Ivari International Centers, Inc., 77 Conn. App. 93, 101, 822 A.2d 316 (2003).