**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY, as subrogee of WILLIAM AND ANNE GUEVREMONT, | : : : | CIVIL ACTION NO.: 3:02CV2000 (DJS) |
| Plaintiff, | : : | |
| v. | : : | |
| A.J. ELECTRIC, INC., | : | |
| Defendant. | : | March   , 2004 |

**PROPOSED VERDICT FORM**

We, the jury, find the issues of this case in favor of the Plaintiff and award damages in the amount of $_____.

_____
Jury Foreperson