**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CAMBRIDGE MUTUAL FIRE INSURANCE | : | CIVIL ACTION NO.: |
| COMPANY, as subrogee of WILLIAM AND | : | 3:02CV2000 (DJS) |
| ANNE GUEVREMONT, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| A.J. ELECTRIC, INC., | : | |
| Defendant. | : | March   , 2004 |

**PROPOSED VERDICT FORM**

We, the jury, find the issues of this case in favor of the Defendant and

award damages in the amount of $_____.


_____
Jury Foreperson