UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Cambridge Mutual Fire Ins. Co.

     v.                      Case Number:  3:02CV2000 (DFM)

A.J. Electric, Inc.

2004 APR -8 P 3: 34

U.S. DISTRICT COURT
HARTFORD, CT.

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>April 8, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 8, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, April 8, 2004.

KEVIN F. ROWE, CLERK

By: _____
      Robert K. Wood
      Deputy Clerk