UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 JUN -7 P 2: 23

U.S. DISTRICT COURT
HARTFORD, CT.

CAMBRIDGE MUTUAL FIRE INS. CO.  :

v.  :  CASE NO. 3:02CV2000 (DFM)

A. J. ELECTRIC, INC.  :

## JUDGMENT

Counsel of record having reported to the Court on April 8, 2004, that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut this 7th day of June, 2004.

KEVIN F. ROWE, CLERK

BY _____
Robert K. Wood
Deputy Clerk

EOD_____